MICHAEL J. NADER, SBN 200425
michael.nader@ogletree.com
PAUL A. SMITH, SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:     916-840-3150
Facsimile:      916=840-3159

Attorneys for Defendant
CENTIMARK CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LINGLE, individually and on behalf of all other similarly situated employees,<br><br>Plaintiff,<br><br>vs.<br><br>CENTIMARK CORPORATION, a Pennsylvania Corporation; and DOES 1 to 100, inclusive,<br><br>Defendant. | Case No. 2:22-cv-01471-JDP<br><br>**JOINT STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANT CENTIMARK CORPORATION TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE, RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Sacramento County Superior Court<br>Case No. 34-2021-00311991<br><br>Action Filed:       December 2, 2021<br>Removal Date:    August 19, 2022<br>Trial Date:          None Set |

This stipulation is entered into by and between Plaintiff ANTHONY LINGLE ("Plaintiff") and Defendant CENTIMARK CORPORATION (Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, with reference to the following facts and recitals:

WHEREAS, Plaintiff filed his First Amended Class Action Complaint in the Superior Court of the State of California, County of Sacramento, entitled *Anthony Lingle v. Centimark Corporation*, assigned Case No. 34-2021-00311991 on July 22, 2022 (the "Action").

WHEREAS, on August 19, 2022, Defendant removed this Action to this Court under the Class Action Fairness Act.

WHEREAS, on August 16, 2022, Defendant sent an email to Plaintiff outlining the arguments for its proposed Rule 12 motion to Plaintiff's First Amended Complaint.

WHEREAS, pursuant to Local Rule 144(a), the Parties agreed to extend the time for Defendant to respond to the FAC by 28 days, without court approval, thus establishing a new response date to September 23, 2022;

WHEREAS, the Parties have diligently met and conferred since Defendant's August 16, 2022 email in an effort to resolve or significantly reduce the scope of disagreement concerning Defendant's proposed Rule 12 Motion, including as recently as September 23, 2023;

WHEREAS, the Parties' meet and confer efforts have been productive resulting in Plaintiff's planned filing of a Second Amended Complaint;

WHEREAS, the Parties are still finalizing the meet and confer process over the scope of Plaintiff's proposed Second Amended Complaint and, to save judicial and party resources, desire to extend the deadline for Defendant to respond to the First Amended Complaint to October 7, 2023, which the Parties believe to be sufficient time for the Parties to conclude their meet and confer efforts and for Plaintiff to file the Second Amended Complaint; and

WHEREAS, the Parties agree that Defendant does not waive its right to challenge the First Amended Complaint on or before October 7, 2022 if Plaintiff fails to file the Second Amended Complaint before that date;

WHEREAS, the Parties agree that Defendant shall have thirty (30) calendar days to file a responsive pleading, including a potential Rule 12 Motion, if necessary, in response to the Second Amended Complaint;

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned counsel as follows: Pursuant to Local Rule 144, the Parties agree that the deadline for Defendant to respond to Plaintiff's First Amended Complaint is continued until October 7, 2022, and, if filed before then, the deadline for Defendant to respond to Plaintiff's Second Amended Complaint shall be thirty (30) calendar days after the date of Plaintiff's filing.

IT IS SO STIPULATED.

DATED:  September 23, 2022            SHIMODA & RODRIGUEZ LAW, PC


By:  */s/ Justin P. Rodriguez [auth. on 9.23.22]*
     GALEN T. SHIMODA
     JUSTIN P. RODRIGUEZ

Attorneys for Plaintiff
ANTHONY LINGLE

DATED:  September 23, 2022            OGLETREE, DEAKINS, NASH,
                                       SMOAK & STEWART, P.C.


By:  */s/ Paul M. Smith*
     MICHAEL J. NADER
     PAUL M. SMITH

Attorneys for Defendant
CENTIMARK CORPORATION

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED THAT :

- Defendant's deadline to respond to Plaintiff's First Amended Complaint is continued to October 7, 2023; and
- If Plaintiff files a Second Amended Complaint on or before October 7, 2023, Defendant's deadline to respond to the Second Amended Complaint shall be thirty (30) calendar days from the date of Plaintiff's filing the Second Amended Complaint.

IT IS SO ORDERED.

Dated:   September 26, 2022                               _____
                                                          JEREMY D. PETERSON
                                                          UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

*Anthony Lingle v. CentiMark Corporation*

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Sacramento in the office of a member of the bar of this court at whose direction the service was made. My business address is 500 Capitol Mall, Suite 2500, Sacramento, CA 95814. My email address is: noreen.witt@ogletree.com.

On September 23, 2022, I served the following document(s):

**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CENTIMARK CORPORATION TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

With the Clerk of the United States District Court of Eastern District of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Galen T. Shimoda | Attorneys for Plaintiff |
| Justin P. Rodriguez | |
| SHIMODA & RODRIGUEZ LAW, PC | |
| 9401 East Stockton Boulevard, Suite 120 | |
| Elk Grove, CA  95624 | |
| E-Mail:  attorney@shimodalaw.com | |
|               jrodriguez@shimodalaw.com | |

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 23, 2022, at Sacramento, California.

*Noreen F. Witt*
NOREEN F. WITT

Case No. 2:22-CV-01471-JDP

CERTIFICATE OF SERVICE