Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
Renald Konini (Cal. State Bar No. 312080)
**Shimoda & Rodriguez Law, PC**
9401 East Stockton Blvd., Suite 120
Elk Grove, CA  95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733

Attorneys for Plaintiff ANTHONY LINGLE

Michael J. Nader (SBN 200425)
Paul M. Smith (SBN 306644)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: (916) 840-3150
Facsimile: (916) 840-3159

Attorneys for CENTIMARK CORPORATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LINGLE, individually and on behalf of all other similarly situated employees, <br><br> Plaintiff, <br><br> vs. <br><br> CENTIMARK CORPORATION, a Pennsylvania Corporation; and DOES 1 to 100, inclusive, <br><br> Defendant. | Case No. 2:22-CV-01471-KJM-JDP <br><br> **CLASS ACTION** <br><br> **STIPULATION AND ORDER REGARDING DISCOVERY AND MEDIATION** <br><br> Filed:       December 2, 2021 <br> FAC Filed:   July 22, 2022 <br> SAC Filed:   October 7, 2022 <br> Trial Date:  None Set |

1       Case No. 2:22-CV-01471-KJM-JDP
**STIPULATION AND ORDER REGARDING DISCOVERY AND MEDIATION**

Plaintiff ANTHONY LINGLE ("Plaintiff") and Defendant Centimark Corporation, ("Defendant") hereby stipulate, by and through their respective counsel, as follows:

WHEREAS Plaintiff filed this action on December 2, 2021, and alleges in the operative Complaint that Defendant failed to pay minimum wages, failed to pay overtime wages, failed to provide meal and rest periods, failed to provide accurate wage statements, failed to timely pay final wages, failed to reimburse expenses, engaged in unfair competition, and Defendant is liable for statutory penalties and civil penalties for violations of the California Labor Code;

WHEREAS, on November 4, 2022, Defendant filed a Partial Motion to Dismiss and Motion to Strike the Second Amended Complaint, which Plaintiff opposed;

WHEREAS, on November 18, 2022, Plaintiff filed an Opposition to Defendant's Motion to Dismiss and Strike the Second Amended Complaint;

WHEREAS, the Court issued an order on April 14, 2023, denying the motion, in part, and granting the motion, in part, with leave to amend;

WHEREAS, the order also set out certain litigation deadlines, including, but not limited to, deadlines for filing an amended pleading, initial disclosure, fact discovery, initial expert disclosures, rebuttals to the initial expert disclosures, expert discovery, and filing a motion for class certification;

WHEREAS, the Parties have met and conferred and have agreed to proceed with mediation with Lou Marlin, Esq. on August 21, 2023; and

WHEREAS, in order to preserve the resources of the Court and the Parties, the Parties wish stay the case pending mediation, including the deadlines set forth in the April 14, 2023, order;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:

1. The Parties jointly request the Court to stay all calendar dates of the litigation, including Plaintiff's deadline to amend the complaint, until September 20, 2023, which is thirty (30) days after the scheduled mediation.

2. The Parties jointly request the Court to schedule a status conference on or about September 20, 2023 to re-schedule the dates set forth in the Court's April 14, 2023 Order.

3. Defendant reserves the right to respond to Plaintiff's amended complaint by September 20, 2023.

4. The Parties agree to stay all formal discovery until September 20, 2023.

5. Prior to the mediation, the parties will meet and confer in good faith regarding an informal exchange of information reasonably necessary to evaluate the parties' respective claims and defenses.

**Shimoda & Rodriguez Law, PC**

Date: May 2, 2023         By:   /s/ Justin P. Rodriguez
                                Galen T. Shimoda
                                Justin P. Rodriguez
                                Renald Konini
                                Attorneys for Plaintiff


Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

Date: May 2, 2023         By:   /s/ Michael J. Nader
                                Michael J. Nader
                                (as authorized on 5/1/23)
                                Paul M. Smith
                                Attorneys for Defendant

**ORDER**

Having considered the foregoing stipulation of the parties, and finding that good cause exists, the Court ORDERS AS FOLLOWS:

1. All calendar dates of this action are taken off calendar until at least 30 days following the Parties' mediation on August 21, 2023.
2. Plaintiff's Third Amended Complaint must be filed by September 20, 2023.
3. Defendant's deadline to respond to Plaintiff's Third Amended Complaint, is continued to thirty (30) days after the filing of Plaintiff's Third Amended Complaint.
4. The Court sets a status conference on September 21, 2023, at 2:30 p.m., to re-schedule the dates in the Court's April 14, 2023, order. A Joint Status Report is due fourteen days prior to this conference.
5. The Parties shall notify the Court of the status of a settlement within five (5) days following the mediation date.
6. The parties will meet and confer in good faith regarding an informal exchange of information reasonably necessary to evaluate the parties' respective claims and defenses in advance of mediation.

DATED: May 2, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE