1  GALEN T. SHIMODA, SBN 226752
   attorney@shimodalaw.com
2  JUSTIN P. RODRIGUEZ, SBN 278275
   jrodriguez@shimodalaw.com
3  RENALD KONINI, SBN 312080
   rkonini@shimodalaw.com
4  SHIMODA & RODRIGUEZ LAW, PC
   9401 East Stockton Boulevard, Suite 120
5  Elk Grove, CA  95624
   Telephone:     916-525-0716
6  Facsimile:     916-760-3733

7  Attorneys for Plaintiff
   ANTHONY LINGLE
8

9  MICHAEL J. NADER, SBN 200425
   michael.nader@ogletree.com
10 PAUL M. SMITH, SBN 306644
   paul.smith@ogletree.com
11 OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
12 400 Capitol Mall, Suite 2800
   Sacramento, CA  95814
13 Telephone:     916-840-3150
   Facsimile:     916-840-3159
14

15 Attorneys for Defendant
   CENTIMARK CORPORATION
16

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY LINGLE, individually and on behalf of all other similarly situated employees,<br><br>Plaintiff,<br><br>vs.<br><br>CENTIMARK CORPORATION, a Pennsylvania Corporation; and DOES 1 to 100, inclusive,<br><br>Defendant. | Case No. 2:22-CV-01471-KJM-JDP<br><br>**JOINT STATUS REPORT**<br><br>Date:    June 12, 2025<br>Time:    2:30 PM<br>Before:  Hon. Kimberly J. Mueller<br><br>Action Filed:  December 2, 2021<br>Trial Date:    None Set |

1

Case No. 2:22-CV-01471-KJM-JDP

JOINT STATUS REPORT

STATUS REPORT REGARDING PRELIMINARY APPROVAL

OF CLASS ACTION SETTLEMENT

Plaintiff Anthony Lingle ("Plaintiff") and Defendant Centimark Corporation ("Defendant") submit this Joint Status Report concerning the Status of Defendants' Non-Compliance with the Court's February 6, 2025 Order granting preliminary approval of Plaintiff's Motion for Class Action and PAGA Settlement.

On February 6, 2025, this Court issued an order granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action and PAGA Settlement [ECF No. 50].

Pursuant to the Order, Defendant was to provide the Class Information, including names, dates of employment, workweek information, and contact information to the Settlement Administrator within 21 calendar days of the Order (on or before February 27, 2025).

As summarized by Plaintiff in Plaintiff's Request for Status Conference Regarding Defendant's Non-Compliance with Preliminary Approval Order [ECF No. 51], Defendant's counsel noticed and tried to address apparent discrepancies in the Class Information prior to submitting same to the Settlement Administrator;

The discrepancies appeared tied to a grossly inflated workweek and PAGA pay period count influenced by non-California based employees who traveled into and out of California for temporary work assignments;

Additionally, the analysts who originally prepared the class data estimates for mediation and the handling attorney at the time of mediation were no longer available / accessible to assist in the review and handling of the data – causing delays in recreating the original mediation estimates which formed the basis of the Parties' original settlement agreement;

Over the course of several weeks and months, Defendant and its counsel worked to gather additional Class Information which its new analysts then reviewed in preparing the Class Information sheet to be submitted to the Settlement Administrator;

After numerous rounds of collection and further revisions thereto, Defendant submitted the Class Information to the Settlement Administrator on June 5, 2025;

According to its analysts calculations, the Class Information is complete and will not trigger the escalator clause, which was confirmed by the Settlement Administrator's independent review on June 6, 2025;

For these reasons, and because the delay has now been rectified, the Parties respectfully request the Status Conference be vacated and the following settlement administration schedule be adopted:

| | |
|---|---|
| Settlement Administrator to mail Notice of Class Action Settlement | June 20, 2025 |
| Plaintiff to file Motion for attorney's fees and costs, Class Representative Enhancement Award, and Settlement Administrator Costs | July 20, 2025 |
| Response Deadline to the Notice of Class Action Settlement | August 4, 2025 |
| New Response Deadline to the Notice of Class Action Settlement for those receiving re-mailed Notices of the Class Action Settlement | August 14, 2025 |
| Settlement Administrator to provide counsel for the Parties a complete list of all Class Members who timely submitted a Request for Exclusion and a Declaration regarding the statistics and responses of settlement administration to date | August 18, 2025 |

The Parties further request the Final Approval Hearing be re-set for October 6, 2025, at 10:00 a.m., with briefs and supporting documentation to be submitted according to the Federal Rules of Civil Procedure.

1  Respectfully submitted,

3  DATED:  June 6, 2025                                  SHIMODA & RODRIGUEZ LAW, PC

5                                                        By: */s/ Justin P. Rodriguez*
                                                             GALEN T. SHIMODA
6                                                            JUSTIN P. RODRIGUEZ
                                                             RENALD KONINI

   Attorneys for Plaintiff
8  ANTHONY LINGLE


10 DATED:  June 6, 2025                                  OGLETREE, DEAKINS, NASH,
                                                         SMOAK & STEWART, P.C.


12                                                       By: */s/ Michael J. Nader*
                                                             MICHAEL J. NADER
                                                             (as authorized on 6/6/2025)
13                                                           PAUL M. SMITH


15 ATTORNEYS FOR DEFENDANT
   CENTIMARK CORPORATION