Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
Renald Konini (Cal. State Bar No. 312080)
**Shimoda & Rodriguez Law, PC**
9401 East Stockton Boulevard, Suite 120
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
E-mail: attorney@shimodalaw.com
         jrodriguez@shimodalaw.com
         rkonini@shimodalaw.com

Attorneys for Plaintiff ANTHONY LINGLE

MICHAEL J. NADER, SBN 200425
michael.nader@ogletree.com
PAUL M. SMITH, SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:    916-840-3150
Facsimile:    916-840-3159

Attorneys for Defendant
CENTIMARK CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LINGLE, individually and on behalf of all other similarly situated employees,<br><br>Plaintiff,<br><br>vs.<br><br>CENTIMARK CORPORATION, a Pennsylvania Corporation; and DOES 1 to 100, inclusive,<br><br>Defendant. | **Case No. 2:22-CV-01471-KJM-JDP**<br><br>**ORDER REGARDING SETTLEMENT ADMINISTRATION AND FINAL APPROVAL HEARING SCHEDULE**<br><br>Courtroom:   3<br>Before:      Hon. Kimberly J. Mueller<br><br>Action Filed: December 2, 2021<br>FAC Filed:    July 22, 2022<br>SAC Filed:    October 7, 2022<br>Trial Date:   None Set |

Pursuant to the Parties June 6, 2025, Joint Status Report and the Court's request for a Proposed Order, Plaintiff Anthony Lingle ("Plaintiff") and Defendant Centimark Corporation ("Defendant") hereby respectfully submit this Proposed Order Regarding Settlement Administration and Final Approval Hearing Schedule:

## ORDER

Having considered the Parties June 6, 2025, Joint Status Report ("JSR") (ECF#54) and finding good cause to reset the remaining settlement administration schedule as outlined in the JSR, the Court hereby approves and orders the following settlement administration schedule be adhered to:

| | |
|---|---|
| Settlement Administrator to mail Notice of Class Action Settlement | June 20, 2025 |
| Plaintiff to file Motion for attorney's fees and costs, Class Representative Enhancement Award, and Settlement Administrator Costs | July 20, 2025 |
| Response Deadline to the Notice of Class Action Settlement | August 4, 2025 |
| New Response Deadline to the Notice of Class Action Settlement for those receiving re-mailed Notices of the Class Action Settlement | August 14, 2025 |
| Settlement Administrator to provide counsel for the Parties a complete list of all Class Members who timely submitted a Request for Exclusion and a Declaration regarding the statistics and responses of settlement administration to date | August 18, 2025 |

The Final Approval Hearing is **advanced from October 23, 2025 to September 25, 2025, at 10:00 AM** in Courtroom 3 before Senior District Judge Kimberly J. Mueller with briefs and supporting documentation to be submitted according to the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: June 13, 2025.

_____
UNITED STATES DISTRICT JUDGE